UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § §
§
OLA COLEMAN § Case No. 12-23978
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, December 8, 2015 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/04/2015          By: /s/ Barry A. Chatz, Trustee
                                                                  Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
OLA COLEMAN § Case No. 12-23978
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 171.07 |
| leaving a balance on hand of[1] | $ | 24,828.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 111.97 | $ 0.00 | $ 111.97 |
| Attorney for Trustee Fees: COHEN & KROL | $ 14,375.00 | $ 0.00 | $ 14,375.00 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 121.15 | $ 0.00 | $ 121.15 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 825.00 | $ 0.00 | $ 825.00 |
| Charges: UNITED STATES BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 18,976.12 |
| Remaining Balance | $ | 5,852.81 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,569.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 68.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC (MCI COMMUNI | $ 388.03 | $ 0.00 | $ 265.03 |
| 2 | PORTFOLIO RECOVERY ASSOC. LLC | $ 7,756.57 | $ 0.00 | $ 5,297.85 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC | $ 424.48 | $ 0.00 | $ 289.93 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,852.81 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Ola Coleman
    Debtor

Case No. 12-23978-DLT
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: ccabrales              Page 1 of 1                  Date Rcvd: Nov 05, 2015
                                Form ID: pdf006             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2015.
```
db         +Ola Coleman,    6937 S Woodlawn,    Chicago, IL 60637-4724
aty        +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
19355768   +Atlas Acquisitions LLC   (MCI Communications Ser),    294 Union St.,    Hackensack, NJ 07601-4303
19032229   +CBC/Crossing Pointe,    220 Hickory St.,    Warren, PA 16368-0001
19032220   +Convergent Outsourcing,    800 SW 39th St.,    Renton, WA 98057-4975
19032221   +Creditors Discount & A,    415 E. Main St.,    Streator, IL 61364-2927
19032232   +Foundation For Emergency Svcs,    P.O. Box 366,    Hinsdale, IL 60522-0366
19032227   +Midnight Velvet,    1112 7th Avenue,    Monroe, WI 53566-1364
19032222   +National Recovery Agen,    2491 Paxton St.,    Harrisburg, PA 17111-1036
19032230   +Peoples Energy,    130 E. Randolph,    Chicago, IL 60601,    Portfolio Recovery Associates, LLC,
             120 Corporate Blvd,    Norfolk, VA 23502-4962
19032228   +RMI/MCSI,    3348 Ridge Rd,    Lansing, IL 60438-3112
19032224    Rent Recover LLC,    729 N. Rte 83,    Ste 320,    Bensenville, IL 60106
19032225    Stellar Recovery Inc.,    1327 US Highway 2W,    Kalispell, MT 59901
19032231   +University Of Chicago Medical Center,    15965 Collections Center Drive,
             Chicago, IL 60693-0159
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19088126   +E-mail/Text: bnc@atlasacq.com Nov 06 2015 00:40:29      Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
19032219   +E-mail/Text: coafinternalbkteam@capitaloneauto.com Nov 06 2015 00:43:17
             Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
19032226   +E-mail/Text: bknotice@erccollections.com Nov 06 2015 00:41:47      Enhanced Recovery Co,
             8014 Bayberry RD,    Jacksonville, FL 32256-7412
19620782    E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 06 2015 00:42:05      Jefferson Capital Systems LLC,
             Purchased From MOST FUNDING II LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617,
             Orig By: AT&T MIDWEST
19474242    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2015 00:38:21
             Portfolio Recovery Associates, LLC,    c/o Capital One Auto Finance, Inc.,    POB 41067,
             Norfolk VA 23541
19032223   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2015 00:38:07
             Portfolio Recovery & Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2015                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2015 at the address(es) listed below:
```
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          E. Philip Groben   on behalf of Trustee Barry A Chatz pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          E. Philip Groben   on behalf of Plaintiff Barry A Chatz pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol, ESQ   on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Barry A Chatz jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Konstantine T. Sparagis   on behalf of Debtor Ola  Coleman gsparagi@yahoo.com,
           Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
          Michael G Kelly   on behalf of Debtor Ola  Coleman mkelly@kellybraceylaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```