**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OLA COLEMAN | § | Case No. 12-23978 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                 Assets Exempt: 850.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,852.81             Claims Discharged
                                                       Without Payment: 2,716.27

Total Expenses of Administration: 19,147.19

---

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 19,147.19 | 19,147.19 | 19,147.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 8,569.08 | 8,569.08 | 5,852.81 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 27,716.27 | $ 27,716.27 | $ 25,000.00 |

  4) This case was originally filed under chapter 7 on 06/13/2012. The case was pending for 45 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: 03/03/2016            By:/s/BARRY A. CHATZ
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - 6937 South Woodlawn, Chicago | 1210-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| BARRY A. CHATZ | 2200-000 | NA | 111.97 | 111.97 | 111.97 |
| Arthur B. Levine Company | 2300-000 | NA | 13.96 | 13.96 | 13.96 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| The Bank of New York Mellon | 2600-000 | NA | 147.11 | 147.11 | 147.11 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| COHEN & KROL | 3210-000 | NA | 14,375.00 | 14,375.00 | 14,375.00 |
| COHEN & KROL | 3220-000 | NA | 121.15 | 121.15 | 121.15 |
| POPOWCER KATTEN LTD. | 3410-000 | NA | 825.00 | 825.00 | 825.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 19,147.19 | $ 19,147.19 | $ 19,147.19 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC (MCI COMMUNI | 7100-000 | NA | 388.03 | 388.03 | 265.03 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | NA | 424.48 | 424.48 | 289.93 |
| 2 | PORTFOLIO RECOVERY ASSOC. LLC | 7100-000 | NA | 7,756.57 | 7,756.57 | 5,297.85 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 8,569.08 | $ 8,569.08 | $ 5,852.81 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-23978 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|---|
| Case Name: | OLA COLEMAN | | | | | Date Filed (f) or Converted (c): | 06/13/2012 (f) |
| | | | | | | 341(a) Meeting Date: | 08/06/2012 |
| For Period Ending: | 03/03/2016 | | | | | Claims Bar Date: | 11/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 150.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 4. REAL PROPERTY - 6937 South Woodlawn, Chicago (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $850.00 $25,000.00 $25,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The single asset in this case is Debtor's unencumbered parcel of real property located at 6937 South Woodlawn Avenue, Chicago, IL 60637. Debtor attempted to fraudulently transfer the property to a daughter within the preference period. Trustee filed an adversary complaint to recover the property and ultimately entered into a compromise with the Debtor for the purchase of Trustee's interest in the property. All payments have been made, the final tax return is being prepared, and Trustee will review claims and prepare the TDR for submission and approval

| RE PROP # | 1 | -- | CHASE<br>CHICAGO, ILLINOIS |
|---|---|---|---|
| RE PROP # | 2 | -- | FURNITURE |
| RE PROP # | 3 | -- | CLOTHING |
| RE PROP # | 4 | -- | DEBTOR TRANSFERRED UNENCUMBERED HOUSE TO DAUGHTER FOR NO VALUE WITHIN PREFERENCE PERIOD; TRUSTEE INVESTIGATING POSSIBLE MARKETING AND SALE OF HOUSE TO BENEFIT CREDITORS OF ESTATE. |

Initial Projected Date of Final Report (TFR): 12/31/2014      Current Projected Date of Final Report (TFR): 06/30/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-23978 | Trustee Name: BARRY A. CHATZ |
| Case Name: OLA COLEMAN | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0490 |
| | Checking |
| Taxpayer ID No: XX-XXX1610 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9646 | Transfer of Funds | 9999-000 | $24,828.93 | | $24,828.93 |
| 12/08/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Distribution | | | $3,361.97 | $21,466.96 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($3,250.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($111.97) | 2200-000 | | | |
| 12/08/15 | 400002 | UNITED STATES BANKRUPTCY COURT<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $293.00 | $21,173.96 |
| 12/08/15 | 400003 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602 | Distribution | | | $14,496.15 | $6,677.81 |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. ($14,375.00) | 3210-000 | | | |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. ($121.15) | 3220-000 | | | |
| 12/08/15 | 400004 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60601-2207 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $825.00 | $5,852.81 |
| 12/08/15 | 400005 | ATLAS ACQUISITIONS LLC (MCI COMMUNI<br>294 UNION ST.<br>HACKENSACK, NJ  07601 | Final distribution to claim 1 representing a payment of 68.30 % per court order. | 7100-000 | | $265.03 | $5,587.78 |
| 12/08/15 | 400006 | PORTFOLIO RECOVERY ASSOC. LLC<br>C/O CAPITAL ONE AUTO FINANCE INC.<br>POB 41067<br>NORFOLK, VA  23541 | Final distribution to claim 2 representing a payment of 68.30 % per court order. | 7100-000 | | $5,297.85 | $289.93 |
| | | | Page Subtotals: | | $24,828.93 | $24,539.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 12-23978 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | OLA COLEMAN | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX0490 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1610 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/15 | 400007 | JEFFERSON CAPITAL SYSTEMS LLC<br><br>PURCHASED FROM MOST FUNDING II LLC<br>PO BOX 7999<br>SAINT CLOUD, MN  56302-9617<br>ORIG BY: AT&T MIDWEST | Final distribution to claim 3 representing a payment of 68.30 % per court order. | 7100-000 | | $289.93 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $24,828.93 | $24,828.93 |
| | Less: Bank Transfers/CD's | $24,828.93 | $0.00 |
| | Subtotal | $0.00 | $24,828.93 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $24,828.93 |

Page Subtotals: $0.00 $289.93

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No.: | 12-23978 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | OLA COLEMAN | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9646 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1610 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/14 | 4 | DEBORAH CULBRETH | LIQUIDATION OF REAL PROPERTY | 1210-000 | $9,000.00 | | $9,000.00 |
| 12/24/14 | 4 | DEBORAH CULBRETH | LIQUIDATION OF REAL PROPERTY | 1210-000 | $5,000.00 | | $14,000.00 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $13,990.00 |
| 01/23/15 | 4 | OLA COLEMAN | LIQUIDATION OF REAL PROPERTY | 1210-000 | $5,000.00 | | $18,990.00 |
| 02/04/15 | 300001 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $13.96 | $18,976.04 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.00 | $18,954.04 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.47 | $18,928.57 |
| 04/01/15 | 4 | OLA COLEMAN | LIQUIDATION OF OTHER ASSET | 1210-000 | $2,000.00 | | $20,928.57 |
| 04/01/15 | 4 | OLA D. COLEMAN | LIQUIDATION OF OTHER ASSET | 1210-000 | $2,500.00 | | $23,428.57 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.14 | $23,400.43 |
| 04/09/15 | 4 | DEBORAH CULBRETH/OLA COLEMAN | LIQUIDATION OF OTHER ASSET | 1210-000 | $1,500.00 | | $24,900.43 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.53 | $24,865.90 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.97 | $24,828.93 |
| 08/21/15 | | Transfer to Acct # xxxxxx0490 | Transfer of Funds | 9999-000 | | $24,828.93 | $0.00 |
| | | | Page Subtotals: | | $25,000.00 | $25,000.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $25,000.00 | $25,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $24,828.93 |
| Subtotal | $25,000.00 | $171.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $171.07 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0490 - Checking | $0.00 | $24,828.93 | $0.00 |
| XXXXXX9646 - Checking Account (Non-Interest Earn | $25,000.00 | $171.07 | $0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Page Subtotals:    $0.00    $0.00